JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL URIARTE-LIMON,<br><br>    Plaintiff,<br><br>    v.<br><br>WESTLEY SHOLES, in his individual and representative capacity as trustee of the Sholes Living Trust; JACQUELINE B. SHOLES, in her individual and representative capacity as trustee of the Sholes Living Trust; MAYOLI REYNOSO; and Does 1-10,<br><br>    Defendants. | Case: 2:15-CV-04618-PA-FFM<br><br>**ORDER** |

**ORDER**

Pursuant to F.R.CIV.P.41(a)(1), this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: 3/16/2016

HONORABLE PERCY ANDERSON
UNITED STATES DISTRICT COURT JUDGE

1

Joint Stipulation for Dismissal          Case: 2:15-CV-04618-PA-FFM